# United States Court of Appeals
## For the First Circuit

No. 01-2443

JOHN GARRETT,

Plaintiff, Appellant,

v.

TANDY CORPORATION D/B/A RADIO SHACK,

Defendant, Appellee.

_____

ERRATA SHEET

The opinion of this Court, issued on July 9, 2002, should be amended as follows:

On page 28, line 3 of 2nd paragraph, replace "then" with "than".